**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

DARCELLE JACKSON                                    CIVIL ACTION

VERSUS                                              NO.  11-2727

WARDEN DAVID VIATOR                                 SECTION: "B"(2)

## ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Darcelle Jackson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 9th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE